# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| MARY C. BARONE, INDIVIDUALLY,<br>Appellant,<br>vs.<br>COAST HOTELS AND CASINOS, INC.,<br>A NEVADA CORPORATION D/B/A<br>GOLD COAST HOTEL AND CASINO,<br>Respondent. | No. 76013 |

FILED

AUG 16 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order granting summary judgment. Eighth Judicial District Court, Clark County; Ronald J. Israel, Judge.

On June 14, 2019, this court entered an order granting counsel for appellant's motion to withdraw and directing appellant, within 30 days, to retain new counsel and cause counsel to enter a notice of appearance with this court or, within the same time frame, to inform this court in writing that she intends to proceed in pro se. This court cautioned that failure to comply with the order could result in dismissal of this appeal.

To date no counsel has appeared for appellant. Nor has appellant responded to the order or otherwise communicated with this court. Accordingly, it appears appellant has abandoned this appeal, and this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

SUPREME COURT
OF
NEVADA

(O) 1947A

19-34503

cc: Hon. Ronald J. Israel, District Judge
Kathleen J. England, Settlement Judge
Mary C. Barone
Olson, Cannon, Gormley, Angulo & Stoberski
Eighth District Court Clerk